SO ORDERED: July 17, 2018.



Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

In Re:  Case No. 17-80464-JJG-13
Curtis Brashears
      Debtor(s)

### ORDER ON OBJECTION TO PROOF OF CLAIM

    The Court, having reviewed the record in the above captioned case, and being duly advised, FINDS that the Debtor's Objection to claim #3 of Calvary SPV I, LLC., filed on February 18, 2018 with no response having been filed thereto, is hereby GRANTED.

    THEREFORE, IT IS ADJUDGED AND DECREED, that claim #3 filed by Calvary SPV I, LLC., is hereby DISALLOWED.

###